IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLET DEETA WARD,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-4743 |
| | : | |
| **CAMDEN POLICE DEPARTMENT, ET AL.** | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 22nd day of October, 2024, upon consideration of Plaintiff Carlet DeEtta Ward's *pro se* "Motion to Venue" (ECF No. 1), Motion to Appoint Counsel (ECF No. 2), and Motion for a New Judge (ECF No. 4) it is **ORDERED** that:

1. The Motions are **DENIED**.

2. The case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction as discussed in the Court's Memorandum.

3. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
**hoMIA R. PEREZ**